UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS TAYLOR,

        Plaintiffs,

VS.                                       CIVIL ACTION NO. 12-13016

                                          HON. GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

DETROIT POLICE SARGEANT
AARON YOPP, ET AL,

        Defendant.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

    IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice. This closing does not constitute a dismissal or a decision on the merits.

    IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated: July 25, 2013

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk